MAYNARD N. CLEMENT, as State Commissioner of Excise, Respondent, *v.* MARGARET E. BERO et al., Appellants.

*Clement* v. *Bero*, 130 App. Div. 891, affirmed.
(Submitted December 13, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department entered January 12, 1909, affirming a judgment in favor of plaintiff in an action to recover on a liquor tax bond.

*R. M. Moore* and *Lucius A. Waldo* for appellants.

*Samuel H. Salisbury* and *Russel Headley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.